PARSONS BEHLE & LATIMER
Karl Y. Olsen, Nevada Bar No. 6767
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
karlolsen@parsonsbehle.com

PARSONS BEHLE & LATIMER
David R. Hall, Nevada Bar No. 9571
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
dhall@parsonsbehle.com

Attorneys for Defendant JPMorgan Chase Bank, N.A.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK MAUSERT AND VERONIKA LUCIE ZDENKOVA, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FEDERAL DEPOSIT INSURANCE CORPORATION, J.P. MORGAN CHASE BANK, N.A., DOES 1-C,<br><br>Defendants. | Case No. 3:10-cv-00052-RCJ(VPC)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, Mark Mausert and Veronika Lucie Zdenkova, and defendant, JPMorgan Chase Bank, N.A., by and through their undersigned counsel, hereby stipulate and agree, pursuant to FRCP 41, that this lawsuit[1] and all claims and causes of action herein shall be dismissed with prejudice as to all defendants. The undersigned parties further agree to bear their own attorney fees and costs.

---

[1] This lawsuit was originally filed in the Second Judicial District for the County of Washoe, State of Nevada, Case No. CV09-02415 and later removed to the United States District Court on January 27, 2010.
4844-6174-7727.2

1 | DATED this 25TH day of May, 2012.

PARSONS BEHLE & LATIMER

By: /s/ David R. Hall
DAVID R. HALL
Nevada Bar No. 9571
Attorneys for JPMorgan Chase Bank, N.A.

7 | DATED this 29th day of May, 2012.

By: /s/ Mark L. Mausert
MARK L. MAUSERT
Nevada Bar No. 2398

RICK LAWTON
Nevada Bar No. 00694
Attorneys for Plaintiffs

IT IS SO ORDERED:

/s/ R. Jones
UNITED STATES DISTRICT JUDGE
Dated: 05-30-12

PARSONS BEHLE & LATIMER

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2012, I electronically filed the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, with the Clerk of the Court using the CM/ECF e-filing system, which sent notice to all CM/ECF registrants.

Dated this 29th day of May, 2012.

_____
Angela Manfre
Employee of Mark Mausert